## COTTON *et al. vs.* SLAUGHTER *et al.*

69 735
113 566
69 735
123 768

[On account of providential cause, JACKSON, Chief Justice, did not preside in this case.]

Where a motion for new trial has been made during the term of the trial, it is permissible by consent order to set the hearing for a time and place in vacation, and to allow until then to complete a brief of evidence, and at such time and place the judge may, for cause shown, allow further time; but the brief of evidence must be completed within the time allowed, or further time therefor must be expressly allowed. An order continuing the hearing is not sufficient ; and where such hearing was continued from time to time, and the brief of evidence was not completed or approved for twelve months after the trial, the motion for new trial was properly dismissed on motion.

(*a.*) After the time for completing the brief of evidence has long expired, the passing of an order continuing the hearing, and reciting that the rights of both parties as to the completing of the brief are reserved, will not give vitality to the motion.

November 28, 1882.

CRAWFORD, Justice.

[A case was heard and a motion for new trial made at the May term, 1881, of Troup superior court. An order was taken setting the hearing of the motion for new trial on the fifth day of July thereafter, and allowing until that time to perfect a brief of evidence. On the day set, the hearing and the right to perfect the brief of evidence were continued until July 14, and again on the latter date, the motion was continued and set for hearing during the September term of Franklin superior court. During that term, it was ordered that the motion be continued until the first week of the November term of Troup superior court, but nothing was said as to granting further time to perfect the brief, nor was there any

reservation of rights as to the same. At the November term of Troup superior court, the hearing was again continued until December 19th, following, "the rights of parties on that hearing to be just the same as if the motion were heard at this time." On December 19th, another continuance was had, and the hearing was set during Heard superior court in March following. This order contained some recitals looking on one side to an extension of time for perfecting the brief of evidence, and on the other side to a reservation of all rights touching the failure to have the brief prepared. A last continuance was then had to chambers in Troup county. When called for a hearing, the motion was dismissed, and movant excepted.]